UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER | Case No.: 1:21-cv-00112-NONE-JLT |
| Plaintiff, | **ORDER AFTER NOTICE OF SETTLEMENT** |
| v. | **(Doc. 6)** |
| AE RETAIL WEST LLC, a Delaware Limited Liability Company | |
| Defendants. | |

The plaintiff reports that they have settled the matter and indicate they will seek dismissal of the action soon. (Doc. 6 at 1) Thus, the Court **ORDERS**:

1.    The stipulation to dismiss the action **SHALL** be filed **no later than May 28, 2021**;

2.    All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:   **April 1, 2021**           **_/s/ Jennifer L. Thurston**
                                        CHIEF UNITED STATES MAGISTRATE JUDGE