UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AE RETAIL WEST LLC, a Delaware Limited Liability Company<br><br>　　　　　Defendants. | Case No.: 1:21-cv-00112-NONE-JLT<br><br>**ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE AND TO CLOSE THE CASE**<br>**(Doc. 8)** |

The plaintiff has filed a voluntary dismissal with prejudice under Federal Rules of Civil Procedure Rule 41(a)(1(A)(1). (Doc. 8) Accordingly, the Clerk of Court is DIRECTED to assign a district judge for the purpose of closing this case and then to close this action.

IT IS SO ORDERED.

Dated: __**June 3, 2021**__　　　　　　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE